Everett T. RUSSELL, Plaintiff–Appellant,

v.

Corporal LEACH, Work Release Coordinator; Mike Taylor, Sergeant, Food Service Supervisor; Doctor Ofogh, JJD, Virginia Peninsula Regional Jail Doctor, Defendants–Appellees.

No. 04–6446.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 1, 2004.

Decided: Oct. 21, 2004.

Everett T. Russell, Appellant pro se.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Everett T. Russell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. "No action shall be brought with respect to prison conditions ... by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a) (2000). We find no abuse of discretion in the district court's dismissal of the complaint without prejudice to allow Russell an opportunity to exhaust his administrative remedies, as required by § 1997e(a). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*